BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
COLIN M. HUNTLEY
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-8190
E-mail: Colin.Huntley@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Email: Catherine.Swann@usdoj.gov

*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, KELLY NGUYEN, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC.,<br><br>Defendant.<br><br>UNITED STATES OF AMERICA, *ex rel.*, IRVING PHAN, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC.,<br><br>Defendant. | CASE NOS. 2:13-cv-0806 JAM KJN / 2:14-cv-0419 JAM KJN<br><br>**ORDER ON UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**<br><br>**FILED *IN CAMERA* AND UNDER SEAL** |

[Proposed] Order on United States' Notice
of Election to Decline Intervention                1

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The operative complaint be unsealed and served upon defendant by relators;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which relators will serve upon defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should relators or defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATE: 1/4/2016

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on December 29, 2015, she served a copy of:

**[PROPOSED] ORDER ON UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) listed below, which is/are the last known address(es), and by depositing said envelope in the United States mail at Sacramento, California.

**ADDRESSES**:

WATERS, KRAUS PAUL
Louisa O. Kirakosian
222 N. Sepulveda Blvd, Suite 1900
El Segundo, CA 90245

WATERS, KRAUS PAUL
Michael L. Armitage
222 N. Sepulveda Blvd, Suite 1900
El Segundo, CA 90245

BEASLEY ALLEN
Archie I. Grubb, II
218 Commerce Street
PO Box 4160 (36103)
Montgomery, AL 36104

Jennifer Gregory
(Liaison for the Named States and D.C.)
DOJ/Office of the Attorney General
1425 River Park Dr Ste 300
Sacramento, CA 95815

                                              */s/ Pam Beauvais*
                                              PAM BEAUVAIS