**KAMALA D. HARRIS**
Attorney General of California
SARALYN M. ANG-OLSON
Director
JENNIFER S. GREGORY (SBN 228593)
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
　1425 River Park Drive, Suite 300
　Sacramento, CA 95815-4524
　Telephone:  (916) 263-2516
　E-mail:  Jennifer.Gregory@doj.ca.gov
　Facsimile:  (916) 274-2929

*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* KELLY NGUYEN, *et al.,*<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MEDTRONIC, INC.<br><br>　　　　　　　　Defendant. | Case Nos. 2:13-CV-0806 JAM KJN/<br>　　　　2:14-CV-0419 LKK KJN<br><br>**AMENDED ORDER** |
| UNITED STATES OF AMERICA, *ex rel.,* IRVING PHAN, *et al.,*<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MEDTRONIC, INC.<br><br>　　　　　　　　Defendant. | |

　　　With respect to the matter captioned *United States of America, ex rel. Kelly Nguyen, et al.*, Case No. 2:13-CV-0806 JAM KJN, the Commonwealth of Massachusetts, the Commonwealth of

1

Virginia, and the States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhoda Island, Tennessee, Texas, Washington, and Wisconsin (collectively, the "Plaintiff States"), having elected to decline intervention in the aforementioned action, and having notified the Court of its decision not to intervene,

IT IS ORDERED that:

1. Relators Kelly Nguyen, Ruth Arvizu, and Thuy Luu shall serve all pleadings and motions filed in this action, including supporting memoranda and related papers and orders, upon each of the Plaintiff States individually;

2. Any of the Plaintiff States may order deposition transcripts;

3. Any of the Plaintiff States, for good cause, may at any time intervene in the aforementioned action;

4. In the event relators Nguyen, Arvizu, and/or Luu propose on behalf of any or all of the Plaintiff States that the pending action be dismissed, settled, or otherwise discontinued, the Court directors relators to seek and submit the written consent of each said Plaintiff State prior to or simultaneously with the filing of such proposal; and,

5. Any dismissal of this action, in whole or in part, shall be without prejudice to any of the Plaintiff States, unless the State consents to dismissal with prejudice, with the exception of the State of Maryland;

6. In accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

Further, with respect to the matter captioned *United States of America, ex rel. Irving Phan, et al.*, Case No. 2:14-CV-0419 LKK KJN, the Commonwealth of Massachusetts, the Commonwealth of Virginia, and the States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Minnesota,

Montana, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhoda Island, Tennessee, Texas, Washington and Wisconsin (collectively, the "Plaintiff States"), having elected to decline intervention in the aforementioned action, and having notified the Court of its decision not to intervene,

IT IS ORDERED that:

1. Relator Irving Phan shall serve all pleadings and motions filed in this action, including supporting memoranda and related papers and orders, upon each of the Plaintiff States individually;

2. Any of the Plaintiff States may order deposition transcripts;

3. Any of the Plaintiff States, for good cause, may at any time intervene in the aforementioned action;

4. In the event relator Phan proposes on behalf of any or all of the Plaintiff States that the pending action be dismissed, settled, or otherwise discontinued, the Court directors relator to seek and submit the written consent of each said Plaintiff State prior to or simultaneously with the filing of such proposal; and,

5. Any dismissal of this action, in whole or in part, shall be without prejudice to any of the Plaintiff States, unless the State consents to dismissal with prejudice, with the exception of the State of Maryland;

6. In accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: 1/12/2016

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE