IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, the State of California, ex rel, | § § § | Civil Action No.  2:13-cv-0806 |
| Plaintiffs, | § § § | **ORDER REGARDING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS-RELATORS** |
| Kelly Nguyen, Ruth Arvizu and Thuy Luu, | § § | |
| Relators, | § | |
| vs. | § § | |
| MEDTRONIC, INC. | § § | |
| Defendant. | § | |

WHEREAS the Court has read and considered **the Motion to Withdraw as Counsel for Plaintiff-Relators.  Plaintiff-Relators have thirty (30) days from the entry of this order to acquire new representation.**  As a pro se litigant, Plaintiff-Relators are barred from prosecuting a qui tam action as a relator.  *See Stoner v. Santa Clara County Office of Educ.*, 502 F.3d 1116, 1127 (9th Cir.2007) (holding that "a pro se relator cannot prosecute a qui tam action on behalf of the United States").

**IT IS HEREBY ORDERED** that the Court GRANTS the Motion to Withdraw.

SO ORDERED:

Dated: March 2, 2016

_____
Troy L. Nunley
United States District Judge